PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.   Crim. No.   4:10CR00087-1

Toddrick Stevenson

On August 19, 2014, the above-named was placed on supervised release for a period of four years. Stevenson has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Toddrick Stevenson be discharged from supervised release.

Respectfully submitted,

_____
Stephen C. Highsmith
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this 13th day of July, 2016.

_____
William T. Moore, Jr.
Judge, U.S. District Court